**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Essie Ruth Ford, Appellant,

v.

Ralph Kline, Respondent.

Appellate Case No. 2020-000061

———

Appeal From Horry County
Benjamin H. Culbertson, Circuit Court Judge

———

Unpublished Opinion No. 2022-UP-157
Submitted March 1, 2022 – Filed April 6, 2022

———

**AFFIRMED**

———

Bronte Marie Anelli, of S.C. Legal Services, of Conway, for Appellant.

James Austin Thomas, of Grooms & Thomas, LLC, of Myrtle Beach, for Respondent.

———

**PER CURIAM:** Essie Ruth Ford appeals the circuit court's order granting Ralph Kline's motion for a judgment on the pleadings pursuant to Rule 12(c), SCRCP. On appeal, she argues the circuit court erred by relying on (1) pleadings outside of the complaint and (2) extrinsic and contested evidence. We affirm pursuant to Rule 220(b), SCACR, and the following authorities: *Wilder Corp. v. Wilke*, 330

S.C. 71, 76, 497 S.E.2d 731, 733 (1998) ("It is axiomatic that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial judge to be preserved for appellate review."); *State v. Dunbar*, 356 S.C. 138, 142, 587 S.E.2d 691, 694 (2003) ("A party may not argue one ground at trial and an alternate ground on appeal.").

**AFFIRMED.**[1]

**WILLIAMS, C.J., and KONDUROS and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.